# IN THE SUPREME COURT OF THE STATE OF NEVADA

ALEX A. WELLER, INDIVIDUALLY;
AND EUROTECH RACING, INC., A
NEVADA CORPORATION,

        Appellants,

vs.

JOSEPH L. CARPENTER,

        Respondent.

No. 68456

**FILED**

FEB 1 6 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY: _____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed.[1] The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc:    Hon. Susan Johnson, District Judge
       Craig A. Hoppe, Settlement Judge
       Flangas Law Firm, Ltd.
       Mincin Law, PLLC
       Eighth District Court Clerk

---

[1]Given this order, we take no action on the stipulation for an extension of time to file the opening brief.

16-04819